UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAULA J. KARAS,

     Plaintiff,

v.

STARBUCKS COFFEE,

     Defendant.

Case No. C12-620-MJP

**REPORT AND RECOMMENDATION**

  Plaintiff, proceeding pro se, filed a complaint along with a request to proceed in forma pauperis ("IFP") and an affidavit of indigence. Dkt. 1. By letter dated April 13, 2012, the Clerk informed plaintiff that she had not submitted the proper IFP form and directed her to submit the proper form by May 13, 2012. Dkt. 2. In response, rather than submit the proper IFP form, plaintiff filed a notice of appeal to the Ninth Circuit and a motion to proceed IFP on appeal. Dkt. 3, 4. The undersigned Magistrate Judge recommended that the motion to proceed IFP on appeal be denied and that plaintiff be given an additional 30 days to correct her IFP application. Dkt. 6. On June 5, 2012, the Honorable Marsha J. Pechman, Chief United States District Judge, adopted the recommendation. Dkt. 7. Plaintiff thus has until July 5, 2012, to submit the proper IFP application. If she does not, the Clerk will close the case.

  On June 8, 2012, plaintiff submitted additional documents, including an additional motion to

REPORT AND RECOMMENDATION - 1

proceed IFP and affidavit of indigence. Dkt. 8. The motion was again referred to the undersigned Magistrate Judge. Having reviewed the motion and the record, the undersigned finds and recommends as follows:

As the Court previously explained, Local Rule CR3(b) requires a plaintiff seeking leave to proceed IFP to complete the IFP form approved for use in this district and file a written consent for payment of costs from any recovery in the action. The documents submitted by plaintiff do not meet the requirements of Local Rule CR3(b) and are non-responsive to the Court's previous orders directing plaintiff to submit the proper IFP application. The Court therefore recommends that plaintiff's most recent motion for leave to proceed IFP (Dkt. 8) be **DENIED**.

Because plaintiff has failed to comply with the Court's previous directions to submit the proper IFP application, the undersigned declines to recommend that plaintiff be given additional time to submit a proper IFP application. Rather, the undersigned recommends that the Clerk again be directed to close this case if plaintiff fails to submit the proper IFP form by **July 5, 2012**.

Any objections to this Recommendation must be filed no later than **June 27, 2012**. The matter will be ready for the Court's consideration on **June 29, 2012**, and the Clerk should so note the matter. Objections shall not exceed ten pages. The failure to timely object may affect the right to appeal.

DATED this 13th day of June, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2