1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAULA J. KARAS,

                      Plaintiff,

      v.

STARBUCKS COFFEE,

                   Defendant.

CASE NO. C12-620 MJP

ORDER GRANTING IN FORMA
PAUPERIS BUT DISMISSING CASE

       This matter comes before the Court on the Report and Recommendation of the Magistrate Judge (Dkt. No. 10) and Plaintiff's objections and application to proceed in forma pauperis ("IFP") (Dkt. No. 11).  The Report and Recommendation recommends the Court deny what appears to have been Plaintiff's second IFP application (Dkt. No. 8), and to close the case if Plaintiff did not submit a new IFP application by July 5, 2012.  (Dkt. No. 10. at 2.)  Plaintiff filed a third IFP application on June 13, 2012.  (Dkt. No. 11.)  Having reviewed that IFP application, the Court finds that Plaintiff has met her burden to obtain IFP status and GRANTS the request. The Court thus does not adopt the Report and Recommendation.

1         However, the Court sua sponte DISMISSES Plaintiff's claim for its failure to state a

2 claim on which relief can be granted and for being frivolous. See 28 U.S.C. § 1915(e)(2).  The

3 statute authorizing the issuance of IFP status also gives the Court authority to dismiss a case if it

4 determines, among other things, that the action or appeal is frivolous or malicious or that it fails

5 to state a claim on which relief may be granted.  Id.  Plaintiff's complaint alleges in full:

6         Now comes the plaintiff Paula J. Karas pro se in the above matter and hereby
        asserts to this United States District Court that the plaintiff's United States claims

7         against the defendants is that the defendants violated the plaintiff's United States
        Amendment Rights under the United States Constitution to food produce surplus

8         that is manufactured and sold from the defendants that is even adequate for
        ingestion under the United States code standards of the United States Food and

9         Drug Administration.  The injunctive relief sought in this case is motion for trial
        and the appointment of counsel under the forum and filing of Informa Pauperis.

10         [sic]

11 The Court can decipher no cause of action and finds the complaint to be frivolous.  The Court

12 therefore DISMISSES the complaint and will not issue summons. The Court terminates this

13 matter.

14         The clerk is ordered to provide copies of this order to Plaintiff.

15         Dated this 13th day of July, 2012.

16

17

18                                    _____
                                   Marsha J. Pechman

19                                    United States District Judge

20

21

22

23

24

ORDER GRANTING IN FORMA PAUPERIS BUT
DISMISSING CASE- 2